# Exhibit A

# PURCHASE ORDER

**Send Invoices To:**

Hodell-Natco Industries, Inc.
7825 Hub Parkway
Valley View, OH, 44125-5710

Phone: 216-447-0165
FAX: 216-447-5078



| Purchase Order Number | |
|---|---|
| 4417380 | |
| Date | Page |
| 05/06/2021 16:49:19 | 1 of 1 |
| External PO Number | |
| YES | |

**Send To:**

GLOBE-CON INTERNATIONAL, INC.
CONCORD SQUARE BLDG
7 E. SILVER SPRINGS BLVD #205
OCALA, FL 34470
US
352-732-5189

**Ship To:**

HNI-Sparks
890 East Glendale Ave
Sparks, NV 89431
775-358-2638

**Attn:**

**Supplier ID:**   22210

| Buyer Name | Ship Via | Terms Description |
|---|---|---|
| Hamilton, Joanne | | 1.5% 15 Days Net 60 |

| Quantity | UOM / Unit Size | Required Date | Item ID / Item Description | Net Unit Price | Pricing UOM / Unit Size | Extended Price |
|---|---|---|---|---|---|---|
| | | | **PO Note:** SAMPLES OF EACH MANUFACTURES LOT NUMBER TO BE SENT TO SPARKS, NV TO BE TESTED AND APPROVED PRIOR TO ANY NEW LOTS SHIPPING FROM OVERSEAS. | | | |
| | | | **PO Note:** THIS PO IS FOR 3 RELEASES OF 1MM EACH | | | |
| | | | **Supplier Note:** Hodell-Natco must be notified prior to shipment of all orders. All product must be manufactured to the accompanying standards and packaging requirements. This order is not valid without the accompanying standards requirements. | | | |
| 3,000,000.00 EA | 1.0 | 06/01/2022 | HW7S0140200CY #14 X 2 SPL HWH TYPE 17 THRD CUT SCREW 1 3/8IN. THRD TRIVALENT ZINC YELLOW | ▮ | ▮ | ▮ |
| | | | **Item Note:** QC-B Rev Org Print WS-25-B Send 100 Samples to Cleveland for Inspection | | | |
| | | | **PO Line Notes:** THIS PART IS PER PRINT (W/ SERRATIONS) | | | |

**TOTAL:** ▮

All products must be labeled with country of origin.  Mill Test Reports required on all heat treated products.

**Submit confirmation to:** ▮ ▮

**Ship exact quantities ordered unless deviation agreed to in writing.**

**\* \* \* REPRINT \* \* \***

# PURCHASE ORDER

**Send Invoices To:**

Hodell-Natco Industries, Inc.
7825 Hub Parkway
Valley View, OH, 44125-5710

Phone: 216-447-0165
FAX: 216-447-5078



| | |
|---|---|
| Purchase Order Number | |
| 4426110 | |
| Date | Page |
| 09/15/2021 19:07:56 | 1 of 2 |
| External PO Number | |
| YES | |

**Send To:**

GLOBE-CON INTERNATIONAL, INC.
CONCORD SQUARE BLDG
7 E. SILVER SPRINGS BLVD #205
OCALA, FL 34470
US
352-732-5189

**Ship To:**

HNI-Sparks
890 East Glendale Ave
Sparks, NV 89431
775-358-2638

**Attn:**

**Supplier ID:**     22210

| *Buyer Name* | *Ship Via* | *Terms Description* |
|---|---|---|
| Hamilton, Joanne | | 1.5% 15 Days Net 60 |

| *Quantity* | UOM<br>*Unit Size* | *Required Date* | Item ID<br>*Item Description* | Net<br>*Unit Price* | Pricing UOM<br>*Unit Size* | *Extended Price* |
|---|---|---|---|---|---|---|
| | | | **PO Note:** INSPECTION REPORT, MATERIAL AND PLATING CERTS REQUIRED. | | | |
| | | | **PO Note:** SAMPLES OF EACH  MANUFACTURES LOT NUMBER TO BE SENT TO SPARKS, NV TO BE TESTED AND APPROVED PRIOR TO ANY NEW LOTS SHIPPING FROM OVERSEAS. | | | |
| | | | **PO Note:** THIS ORDER IS FOR 3 SHIPMENTS - PLEASE NOTE FIRST SHIPMENT IS A RUSH. WE NEED BEFORE 300 DAYS | | | |
| | | | **Supplier Note:** Hodell-Natco must be notified prior to shipment of all orders.<br>All product must be manufactured to the accompanying standards and packaging requirements.  This order is not valid without the accompanying standards requirements. | | | |

| 9,704,167.00 EA | 1.0 | 01/15/2023 | HW7S0140200CY<br>#14 X 2 SPL HWH TYPE 17 THRD CUT SCREW 1 3/8IN. THRD Z/Y | ▉ | ▉ | ▉ |
|---|---|---|---|---|---|---|

**Item Note:**  QC-B Rev Org Print WS-25-B
Send 100 Samples to Cleveland for Inspection

| | | | |
|---|---|---|---|
| *Release No:* 1 | *Qty:* 5,775,900.00 | *Release Date:* 11/01/2022 | *Comment:* *Complete* |
| *Release No:* 2 | *Qty:* 1,310,400.00 | *Release Date:* 11/02/2022 | *Comment:* *Complete* |
| *Release No:* 3 | *Qty:* 1,300,000.00 | *Release Date:* 12/15/2022 | *Comment:* *Complete* |
| *Release No:* 4 | *Qty:* 1,317,867.00 | *Release Date:* 01/15/2023 | *Comment:* *Complete* |

**All products must be labeled with country of origin.  Mill Test Reports required on all heat treated products.**

**Submit confirmation to:**  ▉▉▉        ▉▉▉

**Ship exact quantities ordered unless deviation agreed to in writing.**

**\* \* \* REPRINT \* \* \***

# PURCHASE ORDER

**Send Invoices To:**

Hodell-Natco Industries, Inc.
7825 Hub Parkway
Valley View, OH, 44125-5710

Phone: 216-447-0165
FAX: 216-447-5078



| Purchase Order Number | |
|---|---|
| 4426110 | |
| Date | Page |
| 09/15/2021 19:07:56 | 2 of 2 |
| External PO Number | |
| YES | |

| Quantity | UOM Unit Size | Required Date | Item ID Item Description | Net Unit Price | Pricing UOM Unit Size | Extended Price |
|---|---|---|---|---|---|---|
| | | | | | | |

**TOTAL:** ██████

*All products must be labeled with country of origin.  Mill Test Reports required on all heat treated products.*

**Submit confirmation to:** ████████  ████████████████████

*Ship exact quantities ordered unless deviation agreed to in writing.*

**\* \* \* REPRINT \* \* \***

# PURCHASE ORDER

**Send Invoices To:**

Hodell-Natco Industries, Inc.
7825 Hub Parkway
Valley View, OH, 44125-5710

Phone: 216-447-0165
FAX: 216-447-5078



| | |
|---|---|
| Purchase Order Number | |
| 4438964 | |
| Date | Page |
| 04/07/2022 10:31:54 | 1 of 1 |
| External PO Number | |
| YES | |

**Send To:**

GLOBE-CON INTERNATIONAL, INC.
CONCORD SQUARE BLDG
7 E. SILVER SPRINGS BLVD #205
OCALA, FL 34470
US
352-732-5189

**Ship To:**

HNI-Sparks
890 East Glendale Ave
Sparks, NV 89431
775-358-2638

**Attn:**

**Supplier ID:**   22210

| Buyer Name | Ship Via | Terms Description |
|---|---|---|
| Hamilton, Joanne | | 1.5% 15 Days Net 60 |

| Quantity | UOM / Unit Size | Required Date | Item ID / Item Description | Net Unit Price | Pricing UOM / Unit Size | Extended Price |
|---|---|---|---|---|---|---|

**PO Note:** SAMPLES OF EACH MANUFACTURES LOT NUMBER TO BE SENT TO SPARKS, NV TO BE TESTED AND APPROVED PRIOR TO ANY NEW LOTS SHIPPING FROM OVERSEAS.

**PO Note:** QUOTED 250 DY LEAD TIME FOR 1ST RELEASE. PO IS FOR 3 RELEASES

**PO Note:** INSPECTION REPORT, MATERIAL AND PLATING CERTS REQUIRED.

**Supplier Note:** Hodell-Natco must be notified prior to shipment of all orders.
All product must be manufactured to the accompanying standards and packaging requirements. This order is not valid without the accompanying standards requirements.

| Quantity | UOM/Unit Size | Required Date | Item ID / Item Description | Net Unit Price | Pricing UOM | Extended Price |
|---|---|---|---|---|---|---|
| 10,000,000.00 EA | 1.0 | 05/01/2023 | HW7S0140200CY #14 X 2 SPL HWH TYPE 17 THRD CUT SCREW 1 3/8IN. THRD Z/Y CR3 | ███ | ███ | ███ |

**Item Note:** QC-B Rev Org Print WS-25-B
Send 100 Samples to Cleveland for Inspection

| | | | |
|---|---|---|---|
| **Release No:** 1 | **Qty:** 1,300,000.00 | **Release Date:** 04/01/2023 | **Comment:** *Complete* |
| **Release No:** 2 | **Qty:** 8,700,000.00 | **Release Date:** 05/01/2023 | **Comment:** *New Release Added* |

**TOTAL:** ███

*All products must be labeled with country of origin. Mill Test Reports required on all heat treated products.*

**Submit confirmation to:** ███ ███

*Ship exact quantities ordered unless deviation agreed to in writing.*

**\* \* \* REPRINT \* \* \***