# Exhibit B

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.      : W21051204-1 | INV. NO.   : WS21102802 |
| INSPECTION DATE: OCT-21-2021 | PO NO.      :4417380HNSA |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 1300 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO   : 416221 |
| SIZE          : 1/4-10X2" | LOT NO   : W21051204-001 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.90-4.98 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.52-10.54 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.76-13.88 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.36-1.41mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.15-6.16 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.06-35.38 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.69-50.06 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.36-6.47   mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.61-4.62 mm | OK |
| POINT ANGLE | 30°- 40° | 38.40°-38.87° | OK |
| THREAD ANGLE | 60° | 58.13°-58.32° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 52.1-53.8 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (50.0-50.3 HRC) | OK |
| | | 0.28mm (40.0-41.6 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

TFN

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.      : W21051204-1A | INV. NO.  : WS21110202 |
| INSPECTION DATE: OCT-21-2021 | PO NO.     :4417380HNSA |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 514,800 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 416221 |
| SIZE            : 1/4-10X2" | LOT NO  : W21051204-001 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.90-4.98 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.52-10.54 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.76-13.88 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.36-1.41mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.15-6.16 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.06-35.38 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.69-50.06 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.36-6.47   mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.61-4.62 mm | OK |
| POINT ANGLE | 30°- 40° | 38.40°-38.87° | OK |
| THREAD ANGLE | 60° | 58.13°-58.32° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 52.1-53.8 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (50.0-50.3 HRC) | OK |
| | | 0.28mm (40.0-41.6 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

ITN

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.       : W21051204-1B | INV. NO.  : WS21111601 |
| INSPECTION DATE: OCT-21-2021 | PO NO.     :4417380HNSA |
| CUSTOMER     :  GLOBE- CON | SHIPPED QTY: 535,600 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 416221 |
| SIZE          : 1/4-10X2" | LOT NO  : W21051204-001 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                       SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.90-4.98 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.52-10.54 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.76-13.88 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.36-1.41mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.15-6.16 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.06-35.38 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.69-50.06 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.36-6.47   mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.61-4.62 mm | OK |
| POINT ANGLE | 30°- 40° | 38.40°-38.87° | OK |
| THREAD ANGLE | 60° | 58.13°-58.32° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 52.1-53.8 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (50.0-50.3 HRC) | OK |
| | | 0.28mm (40.0-41.6 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION  CO.,  LTD.

### 2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
### TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | | |
|---|---|---|
| REPORT NO.       : W21051204-02 | INV. NO.  : WS22011801 |
| INSPECTION DATE: JAN-11-2022 | PO NO.    :4417380HNSA |
| CUSTOMER       :  GLOBE- CON | SHIPPED QTY: 1038,375 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 416221 |
| SIZE            : 1/4-10X2" | LOT NO  : W21051204-2 |

MATERIAL:

PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.

PER DWG#  < CLIENT'S #WS-25-B >                          SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.88-4.93 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.29-9.33  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.52-10.55 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.66-13.91 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.37-1.42 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.14-6.15 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.41-35.56 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.95-50.56 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.40-6.47  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.57-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 37.47°-37.69° | OK |
| THREAD ANGLE | 60° | 60.06°-60.49° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 49.4-54.3 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 33.9-34.3 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (47.7-51.2 HRC) | OK |
| | | 0.28mm (38.6-41.1 HRC) | |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JtN*

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.        : W21051204-03 | INV. NO.  : WS22011801 |
| INSPECTION DATE: JAN-11-2022 | PO NO.      :4417380HNSA |
| CUSTOMER       :  GLOBE- CON | SHIPPED QTY: 271,700 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 416221 |
| SIZE            : 1/4-10X2" | LOT NO  : W21051204-3 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                                SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.88-4.93 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.29-9.33  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.52-10.55 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.66-13.91 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.37-1.42 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.14-6.15 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.41-35.56 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.95-50.56 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.40-6.47  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.57-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 37.47°-37.69° | OK |
| THREAD ANGLE | 60° | 60.06°-60.49° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 49.4-54.3 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 33.9-34.3 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (47.7-51.2 HRC)<br>0.28mm (38.6-41.1 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.     : W21051204-03A | INV. NO.  : WS22031602 |
| INSPECTION DATE: JAN-11-2022 | PO NO.    :4417380HNSA |
| CUSTOMER    :  GLOBE- CON | SHIPPED QTY: 769,600 PCS |
| DESCRIPTION   :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 416221 |
| SIZE       : 1/4-10X2" | LOT NO  : W21051204-3 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.88-4.93 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.29-9.33  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.52-10.55 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.66-13.91 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.37-1.42 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.14-6.15 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.41-35.56 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.95-50.56 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.40-6.47  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.57-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 37.47°-37.69° | OK |
| THREAD ANGLE | 60° | 60.06°-60.49° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 49.4-54.3 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 33.9-34.3 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (47.7-51.2 HRC)<br>0.28mm (38.6-41.1 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JtN*

# 台塑河靜鋼鐵興業責任有限公司
# FORMOSA HA TINH STEEL CORPORATION

ADDRESS: Vung Ang Economic Zone, Ky Long Ward, Ky Anh Town,
Ha Tinh Province, Viet Nam
TEL: +84-239-3722-123 Ext:2066     Fax: +84-239-3722-112

# MILL CERTIFICATE

| PURCHASER | HOANG REEN VIETNAM COMPANY LIMITED | COMMODITY | WIRE ROD |
|---|---|---|---|
| SPECIFICATION and GRADE | SAE J403 10B21 | FHS CONTRACT NO. | 0W60018007 | PURCHASER ORDER NO. | |
| INSPECTION | FHS MILL INSPECTION | CERTIFICATE NO. | QZA020700588 | INVOICE NO. | |
| END-USER NAME | HOANG REEN VIETNAM COMPANY LIMITED | MC ISSUE DATE | 2020/07/13 | CUSTOMER NO. | MGHR-VN |

| LOT NO. | PRODUCT INFORMATION | | | | HEAT NO. | TENSILE TEST | CHEMICAL ANALYSIS RESULT % | | | | | | | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIAMETER mm | LENGTH mm | ACTUAL WEIGHT kg | QUAN-TITY pcs | | | C $\times10^{-2}$ | Si $\times10^{-2}$ | Mn $\times10^{-2}$ | P $\times10^{-3}$ | S $\times10^{-3}$ | Cr $\times10^{-2}$ | Al $\times10^{-3}$ | Ti $\times10^{-3}$ | B $\times10^{-4}$ | |
| B2PX072 | 8.00 | C | 2,261 | 1 | 315101 | | 21 | 5 | 78 | 12 | 7 | 23 | 33 | 19 | 18 | |
| B2RT081 | 8.00 | C | 94,152 | 41 | 416816 | | 22 | 6 | 82 | 12 | 5 | 21 | 39 | 22 | 18 | |
| B2RU011 | 8.00 | C | 57,314 | 25 | 417547 | | 21 | 5 | 83 | 11 | 17 | 22 | 29 | 20 | 17 | |
| D25G031 | 8.00 | C | 2,254 | 1 | 416221 | | 20 | 6 | 80 | 22 | 6 | 22 | 33 | 22 | 17 | |
| Sub Total | 4 lot | | 155,981 kg | | | TOTAL 68 pcs | | | | | | | | | 155,981 kg | |

YPT: YIELD POINT TYPE
Tr.: TRACE. THE ANALYSIS RESULT COMPLIES WITH SPECIFICATION REQUIREMENT

NOTES: THIS MILL CERTIFICATE IS ISSUED IN ACCORDANCE WITH EN 10204 TYPE 3.1

WE HEREBY CERTIFY THAT MATERIAL DESCRIBED HEREIN HAS BEEN MANUFACTURED AND TESTED WITH
SATISFACTORY RESULTS IN ACCORDANCE WITH THE REQUIREMENT OF THE ABOVE MATERIAL SPECIFICATION.

Page:

QUALITY PASSED CHAT LUONG BAN HANH

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.        : W21092201 | INV. NO.  : WS22022201 |
| INSPECTION DATE: FEB-16-2022 | PO NO.     :4426110HNSA |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 1,300 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE            : 1/4-10X2" | LOT NO  : W21092201-1 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                          SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 5.02-5.09 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.43-10.48 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.68-14.10 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.43-1.46  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.36-35.52 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.87-50.18 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.38-6.45  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.54-4.56 mm | OK |
| POINT ANGLE | $30° - 40°$ | $37.53°-38.06°$ | OK |
| THREAD ANGLE | $60°$ | $57.84°-58.33°$ | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-53.6 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.5-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.1-49.8 HRC)<br>0.28mm (37.7-41.6 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.      : W21092201-1A | INV. NO.  : WS22031602 |
| INSPECTION DATE: FEB-16-2022 | PO NO.     :4426110HNSA |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 540,800 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE          : 1/4-10X2" | LOT NO  : W21092201-1 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 5.02-5.09 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.43-10.48 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.68-14.10 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.43-1.46  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.36-35.52 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.87-50.18 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.38-6.45  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.54-4.56 mm | OK |
| POINT ANGLE | 30°- 40° | 37.53°-38.06° | OK |
| THREAD ANGLE | 60° | 57.84°-58.33° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-53.6 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.5-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.1-49.8 HRC)<br>0.28mm (37.7-41.6 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JtN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | | | |
|---|---|---|---|
| REPORT NO.       : W21092201-1B | | INV. NO.  : WS22041301 | |
| INSPECTION DATE: FEB-16-2022 | | PO NO.     :4426110HNSA | |
| CUSTOMER      :  GLOBE- CON | | SHIPPED QTY: 1,310,400 PCS | |
| DESCRIPTION    :10B21 STEEL  IND  HWH | | PART NO : HW7S0140200CY | |
| LAG BOLT w/SERRATION 2/3 TL F/B | | MATERIAL: SAE J403 10B21 | |
| TYPE -17 HARDEN ZY Cr+3 | | HEAT NO  : 121590 | |
| SIZE              : 1/4-10X2" | | LOT NO  : W21092201-1 | |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 5.02-5.09 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.43-10.48 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.68-14.10 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.43-1.46  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.36-35.52 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.87-50.18 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.38-6.45  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.54-4.56 mm | OK |
| POINT ANGLE | 30° - 40° | 37.53°-38.06° | OK |
| THREAD ANGLE | 60° | 57.84°-58.33° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-53.6 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.5-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.1-49.8 HRC) | OK |
|  |  | 0.28mm (37.7-41.6 HRC) |  |
| APPEARANCE |  | OK |  |
|  |  |  |  |
|  |  |  |  |

*JEN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.    : W21092201-1C | INV. NO.  : WS22051101 |
| INSPECTION DATE: FEB-16-2022 | PO NO.    :4426110HNSA |
| CUSTOMER    :  GLOBE- CON | SHIPPED QTY: 1,303,900 PCS |
| DESCRIPTION   :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE        : 1/4-10X2" | LOT NO  : W21092201-1 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 5.02-5.09 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.43-10.48 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.68-14.10 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.43-1.46  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.36-35.52 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.87-50.18 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.38-6.45  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.54-4.56 mm | OK |
| POINT ANGLE | 30°- 40° | 37.53°-38.06° | OK |
| THREAD ANGLE | 60° | 57.84°-58.33° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-53.6 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.5-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.1-49.8 HRC)<br>0.28mm (37.7-41.6 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JtN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.     : W21092201-1D | INV. NO.  : WS22051801 |
| INSPECTION DATE: FEB-16-2022 | PO NO.    :4426110HNSA |
| CUSTOMER     :  GLOBE- CON | SHIPPED QTY: 668,200 PCS |
| DESCRIPTION   :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE          : 1/4-10X2" | LOT NO  : W21092201-1 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                          SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 5.02-5.09 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.32 mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.43-10.48 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.68-14.10 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.43-1.46 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.36-35.52 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.87-50.18 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.38-6.45 mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.54-4.56 mm | OK |
| POINT ANGLE | 30°- 40° | 37.53°-38.06° | OK |
| THREAD ANGLE | 60° | 57.84°-58.33° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-53.6 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.5-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.1-49.8 HRC)<br>0.28mm (37.7-41.6 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.        : W21092201-2 | INV. NO.  : WS22051801 |
| INSPECTION DATE: APR-08-2022 | PO NO.      :4426110HNSA |
| CUSTOMER       :  GLOBE- CON | SHIPPED QTY: 642,200 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE              : 1/4-10X2" | LOT NO  : W21092201-2 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                         SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.91-4.96 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.29-9.31 mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.49-10.52 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.81-13.99 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.42-1.46 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.15-6.16 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.08-35.16 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.62-50.31 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.40-6.47  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.58-4.60 mm | OK |
| POINT ANGLE | 30°- 40° | 39.21°-39.78° | OK |
| THREAD ANGLE | 60° | 60.69°-60.83° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 51.00-55.55 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.6-36.0 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (49.8-53.8 HRC) / 0.28mm (39.5-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |
| | | | |

JLN

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.      : W21092201-2A | INV. NO.  : WS22061501 |
| INSPECTION DATE: APR-08-2022 | PO NO.    :4426110HNSA |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 1,310,400 PCS |
| DESCRIPTION   :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE          : 1/4-10X2" | LOT NO  : W21092201-2 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.91-4.96 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.29-9.31  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.49-10.52 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.81-13.99 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.42-1.46  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.15-6.16  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.08-35.16 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.62-50.31 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.40-6.47  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.58-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 39.21°-39.78° | OK |
| THREAD ANGLE | 60° | 60.69°-60.83° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 51.00-55.55 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.6-36.0 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (49.8-53.8 HRC)<br>0.28mm (39.5-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

_JEN_

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.

TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.        : W21092201-2B | INV. NO.  : WS22071301 |
| INSPECTION DATE: APR-08-2022 | PO NO.     :4426110HNSA |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 1,310,400 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE          : 1/4-10X2" | LOT NO  : W21092201-2 |

MATERIAL:

PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.

PER DWG# < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.91-4.96 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.29-9.31  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.49-10.52 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.81-13.99 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.42-1.46  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.15-6.16  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.08-35.16 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.62-50.31 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.40-6.47  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.58-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 39.21°-39.78° | OK |
| THREAD ANGLE | 60° | 60.69°-60.83° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 51.00-55.55 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.6-36.0 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (49.8-53.8 HRC)<br>0.28mm (39.5-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.

TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.       : W21092201-2C | INV. NO.  : WS22090801 |
| INSPECTION DATE: APR-08-2022 | PO NO.     :4426110HNSA |
| CUSTOMER        :  GLOBE- CON | SHIPPED QTY: 234,000 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121590 |
| SIZE              : 1/4-10X2" | LOT NO  : W21092201-2 |

MATERIAL:

PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.

PER DWG#  < CLIENT'S #WS-25-B >                        SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.91-4.96 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.29-9.31  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.49-10.52 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.81-13.99 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.42-1.46  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.15-6.16 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.08-35.16 mm | OK |
| LENGTH | 49.53-52.07 mm | 49.62-50.31 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.40-6.47  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.58-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 39.21°-39.78° | OK |
| THREAD ANGLE | 60° | 60.69°-60.83° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 51.00-55.55 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.6-36.0 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (49.8-53.8 HRC)<br>0.28mm (39.5-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |
| | | | |

JEN



# 台塑河靜鋼鐵興業責任有限公司
## FORMOSA HA TINH STEEL CORPORATION

ADDRESS : Vung Ang Economic Zone, Ky Long, Wani, Ky Anh Town, Ha Tinh Province, Viet Nam

TEL : +84-239-3722-123 Ext.2066      Fax : +84-239-3722-112

# MILL CERTIFICATE

Page : 1/1

| PURCHASER : | | | COMMODITY : | WIRE ROD | | |
| --- | --- | --- | --- | --- | --- | --- |
| SPECIFICATION and GRADE | SAE 1403 10B21 | | FHS CONTRACT NO. | | PURCHASER ORDER NO. | |
| INSPECTION | FHS MILL INSPECTION | | CERTIFICATE NO. | Q2A021500284 | INVOICE NO. | |
| END-USER NAME | | | MC ISSUE DATE | 2021/05/08 | CUSTOMER NO. | |

### PRODUCT INFORMATION / TENSILE TEST / CHEMICAL ANALYSIS RESULT %

| LOT NO. | DIAMETER mm | LENGTH | ACTUAL WEIGHT kg | QUAN-TITY pcs | HEAT NO. | C ×10⁻² | Si ×10⁻² | Mn ×10⁻² | P ×10⁻³ | S ×10⁻³ | Cr ×10⁻² | Al ×10⁻³ | Ti ×10⁻³ | B ×10⁻⁴ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B39V07I | 8.00 | C | 43,834 | 19 | 121724 | 21 | 6 | 80 | 16 | 3 | 22 | 38 | 21 | 13 |
| B39V08I | 8.00 | C | 108,382 | 47 | 121590 | 21 | 8 | 86 | 17 | 4 | 22 | 38 | 22 | 19 |
| Sub Total | | | 152,196 kg | 2 lot | | | | | | | | | | |
| TOTAL | | | 152,196 kg | | | | | | | | | | | |

TENSILE TEST: 66 psi

W210822o1

YPT : YIELD POINT TYPE
Tr. : TRACE. THE ANALYSIS RESULT COMPLIES WITH SPECIFICATION REQUIREMENT

NOTES : THIS MILL CERTIFICATE IS ISSUED IN ACCORDANCE WITH EN 10204 TYPE 3.1

WE HEREBY CERTIFY THAT MATERIAL DESCRIBED HEREIN HAS BEEN MANUFACTURED AND TESTED WITH SATISFACTORY RESULTS IN ACCORDANCE WITH THE REQUIREMENT OF THE ABOVE MATERIAL SPECIFICATION.

Chen Chenghin

ASSISTANT VICE PRESIDENT, TECHNOLOGY DIVISION

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.        : W21092201-3 | INV. NO.  : WS22062401 |
| INSPECTION DATE: JUNE-22-2022 | PO NO.     :4426110HNSA |
| CUSTOMER       :  GLOBE- CON | SHIPPED QTY: 1,300 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 123543 |
| SIZE            : 1/4-10X2" | LOT NO  : W21092201-3 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                         SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.86-4.92 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.34 mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.46-10.50 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.62-13.80 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.39-1.43 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.57-35.74 mm | OK |
| LENGTH | 49.53-52.07 mm | 50.08-50.37 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.43-6.50  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.59-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 34.94°-36.12° | OK |
| THREAD ANGLE | 60° | 56.63°-56.97° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-52.1 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.9-49.4 HRC) / 0.28mm (37.7-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION CO., LTD.

## 2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
## TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

### CERTIFICATION

| | |
|---|---|
| REPORT NO.      : W21092201-3A | INV. NO.  : WS22090801 |
| INSPECTION DATE: JUNE-22-2022 | PO NO.     :4426110HNSA |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 1,076,400 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 123543 |
| SIZE          : 1/4-10X2" | LOT NO  : W21092201-3 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                         SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.86-4.92 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.34  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.46-10.50 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.62-13.80 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.39-1.43  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.57-35.74 mm | OK |
| LENGTH | 49.53-52.07 mm | 50.08-50.37 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.43-6.50  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.59-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 34.94°-36.12° | OK |
| THREAD ANGLE | 60° | 56.63°-56.97° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-52.1 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.9-49.4 HRC) 0.28mm (37.7-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.

TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.     : W21092201-3B | INV. NO.  : WS22092201 |
| INSPECTION DATE: JUNE-22-2022 | PO NO.    :4426110HNSA |
| CUSTOMER     :  GLOBE- CON | SHIPPED QTY: 1,310,400 PCS |
| DESCRIPTION   :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 123543 |
| SIZE        : 1/4-10X2" | LOT NO  : W21092201-3 |

MATERIAL:

PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.

PER DWG# < CLIENT'S #WS-25-B >          SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.86-4.92 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.34  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.46-10.50 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.62-13.80 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.39-1.43  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.57-35.74 mm | OK |
| LENGTH | 49.53-52.07 mm | 50.08-50.37 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.43-6.50  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.59-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 34.94°-36.12° | OK |
| THREAD ANGLE | 60° | 56.63°-56.97° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-52.1 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.9-49.4 HRC) / 0.28mm (37.7-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.      : W21092201-3C | INV. NO.   : WS22113002 |
| INSPECTION DATE: JUNE-22-2022 | PO NO.     :4426110HNSA |
| CUSTOMER       :  GLOBE- CON | SHIPPED QTY: 724,100 PCS |
| DESCRIPTION    :10B21 STEEL  IND  HWH | PART NO : HW7S0140200CY |
| LAG BOLT w/SERRATION 2/3 TL F/B | MATERIAL: SAE J403 10B21 |
| TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 123543 |
| SIZE           : 1/4-10X2" | LOT NO   : W21092201-3 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.86-4.92 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.34 mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.46-10.50 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.62-13.80 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.39-1.43 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.57-35.74 mm | OK |
| LENGTH | 49.53-52.07 mm | 50.08-50.37 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.43-6.50  mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.59-4.60 mm | OK |
| POINT ANGLE | 30°- 40° | 34.94°-36.12° | OK |
| THREAD ANGLE | 60° | 56.63°-56.97° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.7-52.1 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (45.9-49.4 HRC) / 0.28mm (37.7-40.9 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# MILL CERTIFICATE

合資阿聯鋼鐵興業責任有限公司
**FORMOSA HA TINH STEEL CORPORATION**
ADDRESS: Vung Ang Economic Zone, Ky Long Ward, Ky Anh Town,
Ha Tinh Province, Viet Nam
TEL : +84-239-3723-123 Ext:2066     Fax : +84-239-3723-112

| PURCHASER | HOMN REEN VIETNAM COMPANY LIMITED | COMMODITY | WIRE ROD | |
|---|---|---|---|---|
| SPECIFICATION and GRADE | SAE J403 1 0B21 | FHS CONTRACT NO. | 1W6K019013 | PURCHASER ORDER NO. |
| INSPECTION | FHS MILL INSPECTION | CERTIFICATE NO. | QZA021900236 | INVOICE NO. |
| END-USER NAME | HOMN REEN VIETNAM COMPANY LIMITED | MC ISSUE DATE | 2021/09/06 | CUSTOMER NO. MGHRVN |

**PRODUCT INFORMATION**

| LOT NO. | DIAMETER mm | LENGTH mm | ACTUAL WEIGHT kg | QUAN-TITY pcs | HEAT NO. | TENSILE TEST | TOTAL | CHEMICAL ANALYSIS RESULT/% | | | | | | | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | C | Si | Mn | P | S | Cr | Al | Ti | B | |
| | | | | | | | | x10 | x10 | x10 | x10 | x10 | x10 | x10 | x10 | x10 | |
| B3G5141 | 8.00 | C | 98,996 | 40 | 125843 | 1  2  3-5-63 | | 21 | 6 | 81 | 17 | 3 | 22 | 26 | 27 | 18 | |

| Sub-Total | 98,996 kg | TOTAL : 40 pcs | 98,996 kg |
| | 1 lot | | |

NOTES : W2109 2201

RPT : YIELD POINT TYPE
Tr. : TRACE. THE ANALYSIS RESULT COMPLIES WITH SPECIFICATION REQUIREMENT

THIS MILL CERTIFICATE IS ISSUED IN ACCORDANCE WITH EN 10204 TYPE 3.1.

WE HEREBY CERTIFY THAT MATERIAL DESCRIBED HEREIN HAS BEEN MANUFACTURED AND TESTED WITH SATISFACTORY RESULTS IN ACCORDANCE WITH THE REQUIREMENT OF THE ABOVE MATERIAL SPECIFICATION.

SURVEYOR TO

ASSISTANT VICE PRESIDENT, TECHNOLOGY DIVISION

Page: 1/1



# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | | | |
|---|---|---|---|
| REPORT NO.       : W22041102 | | INV. NO.  : WS22101401 | |
| INSPECTION DATE: OCT-12-2022 | | PO NO.     :4438964HN | |
| CUSTOMER     :  GLOBE- CON | | SHIPPED QTY: 1,300 PCS | |
| DESCRIPTION    :C10B21 IND  HWH  LAG BOLT | | PART NO : HW7S0140200CY | |
| w/ SERRATION  TWINFAST  SINGLE LEAD | | MATERIAL: SAE J403 10B21 | |
| POINT ,2/3 TL F/B TYPE -17 HARDEN ZY Cr+3 | | HEAT NO  : 121185 | |
| SIZE            : 1/4-10X2" | | LOT NO  : W22041102-01 | |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG# < CLIENT'S #WS-25-B >                          SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.86-4.92 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.35 mm | OK |
| ACROSS CORNER | 10.39 MIN | 10.47-10.51 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.62-13.81 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.40-1.43 mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14 mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.60-35.74 mm | OK |
| LENGTH | 49.53-52.07 mm | 50.10-50.39 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.43-6.50 mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.59-4.60 mm | OK |
| POINT ANGLE | 30°- 40° | 35.01°-36.25° | OK |
| THREAD ANGLE | 60° | 56.70°-57.00° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.8-52.00 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (46-49.4 HRC) <br> 0.28mm (37.5-40.5 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*TFN*

# WELL-SOURCE CONNECTION CO., LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832  FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.      : W22041102-1B | INV. NO.  : WS22122101 |
| INSPECTION DATE: OCT-12-2022 | PO NO.    :4438964HN |
| CUSTOMER      :  GLOBE- CON | SHIPPED QTY: 1,310,400 PCS |
| DESCRIPTION    :C10B21 IND  HWH  LAG BOLT | PART NO : HW7S0140200CY |
| w/ SERRATION  TWINFAST  SINGLE LEAD | MATERIAL: SAE J403 10B21 |
| POINT ,2/3 TL F/B TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121185 |
| SIZE          : 1/4-10X2" | LOT NO  : W22041102-01 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                      SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.86-4.92 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.35  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.47-10.51 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.62-13.81 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.40-1.43  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.60-35.74 mm | OK |
| LENGTH | 49.53-52.07 mm | 50.10-50.39 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.43-6.50   mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.59-4.60 mm | OK |
| POINT ANGLE | 30˚ - 40˚ | 35.01˚-36.25˚ | OK |
| THREAD ANGLE | 60˚ | 56.70˚-57.00˚ | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.8-52.00 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (46-49.4 HRC) 0.28mm (37.5-40.5 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |
| | | | |

*JEN*

# WELL-SOURCE CONNECTION  CO.,  LTD.

2F., NO.13, LANE 135, DA-PU 2ND ST., KANGSHAN KAOHSIUNG ,TAIWAN R.O.C.
TEL:886-7-628-1981 / 628-1832   FAX:886-7-628-1819

## CERTIFICATION

| | |
|---|---|
| REPORT NO.        : W22041102-1C | INV. NO.  : WS23011101 |
| INSPECTION DATE: OCT-12-2022 | PO NO.    :4438964HN |
| CUSTOMER     :  GLOBE- CON | SHIPPED QTY: 1,310,400 PCS |
| DESCRIPTION    :C10B21 IND  HWH  LAG BOLT | PART NO : HW7S0140200CY |
| w/ SERRATION  TWINFAST  SINGLE LEAD | MATERIAL: SAE J403 10B21 |
| POINT ,2/3 TL F/B TYPE -17 HARDEN ZY Cr+3 | HEAT NO  : 121185 |
| SIZE           : 1/4-10X2" | LOT NO   : W22041102-01 |

MATERIAL:
PLEASE REFER TO THE ATTACHMENT CERTIFICATE OF CHEMICAL ANALYSIS.
PER DWG#  < CLIENT'S #WS-25-B >                    SAMPLES QTY: 20PCS

| ITEM | STANDARD | MEASUREMENT | RESULT |
|---|---|---|---|
| HEAD HEIGHT | 4.80-5.28 mm | 4.86-4.92 mm | OK |
| ACROSS FLATS | 9.22-9.40 mm | 9.30-9.35  mm | OK |
| ACROSS CORNER | 10.39  MIN | 10.47-10.51 mm | OK |
| WASHER DIAMETER | 13.21-14.22 mm | 13.62-13.81 mm | OK |
| WASHER THICKNESS | 1.14-1.65 mm | 1.40-1.43  mm | OK |
| BODY DIA | 6.10-6.30 mm | 6.13-6.14  mm | OK |
| THREAD LENGTH | 31.75-37.85 mm | 35.60-35.74 mm | OK |
| LENGTH | 49.53-52.07 mm | 50.10-50.39 mm | OK |
| MAJOR DIAMETER | 6.35-6.60 mm | 6.43-6.50   mm | OK |
| MINOR DIAMETER | 4.50-4.65 mm | 4.59-4.60 mm | OK |
| POINT ANGLE | 30° - 40° | 35.01°-36.25° | OK |
| THREAD ANGLE | 60° | 56.70°-57.00° | OK |
| LOCKING SERRATIONS | 18 | OK | OK |
| SURFACE HARDNESS | 48 HRC  MIN | 48.8-52.00 HRC | OK |
| CORE HARDNESS | 30-36 HRC | 35.1-35.9 HRC | OK |
| CASE DEPTH | 0.13 - 0.28 mm | 0.13mm (46-49.4 HRC)<br>0.28mm (37.5-40.5 HRC) | OK |
| APPEARANCE | | OK | |
| | | | |
| | | | |

*JEN*

# MILL CERTIFICATE

**台塑河靜鋼鐵興業責任有限公司**
**FORMOSA HA TINH STEEL CORPORATION**
ADDRESS: Vung Ang Economic Zone,Ky Long Ward,Ky Anh Town, Ha Tinh Province, Viet Nam
TEL : +84-239-3722-123 Ext.2066    Fax : +84-239-3722-112.

| PURCHASER | BRIGHT CHAMPION COMPANY LIMITED | COMMODITY | WIRE ROD |
|---|---|---|---|
| SPECIFICATION and GRADE | SAE 1403 10B21 | FHS CONTRACT NO. | 1W30059021 |
| | | PURCHASER ORDER NO. | |
| INSPECTION | FHS MILL INSPECTION | CERTIFICATE NO. | QZA021500643 |
| | | INVOICE NO. | |
| END-USER NAME | BRIGHT CHAMPION COMPANY LIMITED | MC ISSUE DATE | 2021/05/14 |
| | | CUSTOMER NO. | MGSMCT |

## PRODUCT INFORMATION

| LOT NO. | DIAMETER mm | LENGTH mm | ACTUAL WEIGHT kg | QUAN-TITY pcs | HEAT NO. | TENSILE TEST |
|---|---|---|---|---|---|---|
| B3BT051 | 8.00 | C | 290,031 | 126 | 121185 | |
| B3BT061 | 8.00 | C | 29,842 | 13 | 423135 | |
| B3BT121 | 8.00 | C | 1,742 | 1 | 423135 | |
| Sub Total | | | 321,615 kg | | 3 lot | |

TOTAL 321,615 kg   140 pcs

## CHEMICAL ANALYSIS RESULT %

| | C | Si | Mn | P | S | Cr | Al | Ti | B |
|---|---|---|---|---|---|---|---|---|---|
| | $\times10^{-2}$ | $\times10^{-2}$ | $\times10^{-2}$ | $\times10^{-3}$ | $\times10^{-3}$ | $\times10^{-2}$ | $\times10^{-3}$ | $\times10^{-3}$ | $\times10^{-4}$ |
| | 23 | 6 | 84 | 18 | 4 | 22 | 28 | 24 | 17 |
| | 22 | 6 | 76 | 14 | 15 | 22 | 31 | 22 | 13 |
| | 22 | 6 | 76 | 14 | 15 | 22 | 31 | 22 | 13 |

**NOTES:** THIS MILL CERTIFICATE IS ISSUED IN ACCORDANCE WITH EN 10204 TYPE 3.1

YPT : YIELD POINT TYPE
Tr. : TRACE. THE ANALYSIS RESULT COMPLIES WITH SPECIFICATION REQUIREMENT

WE HEREBY CERTIFY THAT MATERIAL DESCRIBED HEREIN HAS BEEN MANUFACTURED AND TESTED WITH SATISFACTORY RESULTS IN ACCORDANCE WITH THE REQUIREMENT OF THE ABOVE MATERIAL SPECIFICATION.

SURVEYOR TO

Chou Chinghua
ASSISTANT VICE PRESIDENT, TECHNOLOGY DIVISION

QUALITY PASSED 品質合格

REMARK

Page: 1/1

